SALVATORE MESSINA, Appellant, *v.* UNITED STATES GYPSUM COMPANY, Respondent.

Argued June 18, 1941; decided July 29, 1941.

*William L. Clay* for appellant.

*W. Clyde O'Brien* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.